**Elizabeth F. Rojas**
**Chapter 13 Trustee**
**15260 Ventura Blvd, Suite 710**
**Sherman Oaks, CA 91403**
**Tel. (818) 933-5700, Fax (818) 933-5755**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Eric R. Evans<br>Annabelle S. Evans<br>3019 Lancaster Drive<br>Santa Maria, CA  93455 | Chapter 13<br>Case No.:  9:19-bk-10065-RC<br><br>**CHAPTER 13 TRUSTEE'S NOTICE AND MOTION FOR ORDER DISMISSING CHAPTER 13 CASE (DELINQUENCY)** |

   PLEASE TAKE NOTICE that the trustee herein moves for an order dismissing this case on or after August 15, 2022 unless the debtor(s) cure the default by paying the delinquency, which based on the review of the records of the Trustee, amounts to $1,357.00.  In addition, debtor(s) must pay any subsequent plan payment that comes due after the date of this notice.  A motion to modify/suspend is not responsive to this motion.  This motion is based on the following grounds: Material default by the debtor(s) with respect to the term of the confirmed plan by failing to make payments according to the plan (11 U.S.C. 1307(c)(6)). **Delinquent payments may be made immediately via: TFS (www.TFSbillpay.com, 888-729-2413);  See the Trustee's website: www.ch13wla.com for additional payment methods.**

   This motion may be granted without a hearing pursuant to local Bankruptcy Rule 9013-1(o)(1).  Any party in interest who wishes to oppose the motion **must obtain a hearing date** from the clerk of the Court for the Northern Division and must file and serve opposition papers **and notice of hearing** on the Trustee within fourteen (14) days of the date of service hereof.  Failure to comply with these provisions will result in the dismissal of the case.

   I declare under penalty of perjury that I am the duly appointed qualified and acting Chapter 13 Trustee and that the foregoing is true and correct.  Executed at Sherman Oaks, CA on August 01, 2022.

Date: August 01, 2022                                          /s/ Elizabeth F. Rojas
                                                                            Elizabeth F. Rojas, Chapter 13 Trustee

Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd, Suite 710, Sherman Oaks, CA 91403
Tel. (818) 933-5700

## STATUS REPORT - CASE #9:19-bk-10065-RC  AS OF 8/1/2022

| LAST 12 RECEIPTS | | TOTAL RECEIPTS PER MONTH - LAST 12 MONTHS | |
|---|---|---|---|
| 02/15/2022 | $428.24 | 08/2022 | $0.00 |
| 01/18/2022 | $428.24 | 07/2022 | $0.00 |
| 12/17/2021 | $428.24 | 06/2022 | $0.00 |
| 11/15/2021 | $428.24 | 05/2022 | $0.00 |
| 10/12/2021 | $428.24 | 04/2022 | $0.00 |
| 09/14/2021 | $428.24 | 03/2022 | $0.00 |
| 08/13/2021 | $428.24 | 02/2022 | $428.24 |
| 07/12/2021 | $428.24 | 01/2022 | $428.24 |
| 06/14/2021 | $428.24 | 12/2021 | $428.24 |
| 06/07/2021 | $209.20 | 11/2021 | $428.24 |
| 05/14/2021 | $428.24 | 10/2021 | $428.24 |
| 04/12/2021 | $428.24 | 09/2021 | $428.24 |

Eric R. Evans
Annabelle S. Evans
3019 Lancaster Drive
Santa Maria, CA  93455

CURRENT CASE DISPOSITION: ACTIVE (Z)

| | | | |
|---|---|---|---|
| FILING DATE: | 01/16/2019 | MONTHLY PLAN PMT AMT: $428.24 | FEES PAID TO ATTY: $1,000.00 |
| 1ST MEETING DATE: | 03/13/2019 | GROSS RECEIPTS: $15,633.20 | FEES PAID TO TRUSTEE: $1,509.87 |
| CONFIRMATION DATE: | 06/20/2019 | REFUNDS FR CREDITORS: ($1,411.43) | REFUNDS TO DEBTORS: $0.00 |
| TERM OF PLAN: | 60 MONTHS | NET PAID CREDITORS: $13,123.32 | BALANCE ON HAND: $0.01 |

| CLM# | CREDITOR NAME | CREDITOR CLASS | INT% | SCHEDULED AMOUNT | CLAIMED AMOUNT | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL BAL OWED |
|---|---|---|---|---|---|---|---|---|
| ATTY | Michael B Clayton | ATTORNEY FEE | N/A | $1,000.00 | $1,000.00 | $1,000.00 | $0.00 | $0.00 |
| 0001 | PENNYMAC LOAN SERVICES, LLC | PRINCIPAL RESIDENCE ARR | 0.00 | $14,700.23 | $9,599.15 | $7,510.15 | $0.00 | $2,089.00 |
| 0002 | U.S. DEPARTMENT OF HUD | PRINCIPAL RESIDENCE ARR | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0003 | FRANCHISE TAX BOARD | PRIORITY - TAXES | 0.00 | $1,123.65 | $1,123.65 | $969.02 | $0.00 | $154.63 |
| 0004 | FRANCHISE TAX BOARD | UNSECURED | 0.00 | $0.00 | $104.20 | $0.00 | $0.00 | $0.00 |
| 0005 | INTERNAL REVENUE SERVICE | PRIORITY - TAXES | 0.00 | $1,416.83 | $1,416.83 | $1,222.47 | $0.00 | $194.36 |
| 0006 | INTERNAL REVENUE SERVICE | UNSECURED | 0.00 | $0.00 | $64.12 | $0.00 | $0.00 | $0.00 |
| 0007 | Chase Bank | UNSECURED | 0.00 | $1,225.54 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0008 | Midland Funding LLC | UNSECURED | 0.00 | $2,197.17 | $2,197.17 | $0.00 | $0.00 | $0.00 |
| 0009 | Client Services | UNSECURED | 0.00 | $406.62 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0010 | Credit Control, LLC | UNSECURED | 0.00 | $4,520.39 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0011 | Hunt & Henriques | UNSECURED | 0.00 | $4,020.90 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0012 | Marian Medical Center | UNSECURED | 0.00 | $119.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0013 | MERRICK BANK | UNSECURED | 0.00 | $1,751.74 | $1,790.90 | $0.00 | $0.00 | $0.00 |
| 0014 | NAVIENT SOLUTIONS ON BEHALF O | UNSECURED | 0.00 | $23,312.29 | $15,041.69 | $0.00 | $0.00 | $0.00 |
| 0015 | ECMC | UNSECURED | 0.00 | $2,595.49 | $2,549.71 | $0.00 | $0.00 | $0.00 |
| 0016 | RESURGENT CAPITAL SERVICES | UNSECURED | 0.00 | $812.69 | $546.86 | $0.00 | $0.00 | $0.00 |
| 0017 | Portfolio Recovery Associates | UNSECURED | 0.00 | $1,663.53 | $1,628.53 | $0.00 | $0.00 | $0.00 |
| 0018 | Sequium Asset Solution | UNSECURED | 0.00 | $582.74 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0019 | TD BANK USA, N.A. | UNSECURED | 0.00 | $801.05 | $801.05 | $0.00 | $0.00 | $0.00 |
| 0020 | Capital One Bank (USA), N.A. | UNSECURED | 0.00 | $0.00 | $4,020.90 | $0.00 | $0.00 | $0.00 |
| 0021 | Marian Regional Medical Center | UNSECURED | 0.00 | $0.00 | $64.02 | $0.00 | $0.00 | $0.00 |
| 0022 | VERIZON by American Infosource as a | UNSECURED | 0.00 | $0.00 | $167.77 | $0.00 | $0.00 | $0.00 |
| 0023 | DIRECTV, LLC by American Infosource | UNSECURED | 0.00 | $0.00 | $557.74 | $0.00 | $0.00 | $0.00 |
| 0024 | Portfolio Recovery Associates | UNSECURED | 0.00 | $0.00 | $368.62 | $0.00 | $0.00 | $0.00 |
| 0025 | LVNV Funding LLC | SECURED CLASS 3 | 0.00 | $0.00 | $4,120.39 | $3,421.68 | $0.00 | $698.71 |
| 0026 | ECMC | UNSECURED | 0.00 | $0.00 | $8,356.58 | $0.00 | $0.00 | $0.00 |

TOTAL PRINCIPAL BALANCE OWED*:  $3,485.21

* THE "TOTAL PRINCIPAL BALANCE OWED" IS NOT THE AMOUNT NECESSARY TO PAY YOUR PLAN IN FULL.   IT TAKES INTO ACCOUNT ANY BALANCE ON HAND, AND INCLUDES TRUSTEE'S FEES, IT DOES NOT INCLUDE ACCRUING INTEREST, ANY CLAIMS THAT THE TRUSTEE IS NOT AWARE OF, OR "BASE PLAN" REQUIREMENTS.  TO OBTAIN AN ESTIMATED PAYOFF BALANCE, PLEASE SUBMIT A WRITTEN REQUEST TO THE TRUSTEE

| In Re: | Eric R. Evans  Annabelle S. Evans | Chapter 13 |
|---|---|---|
| | Debtor(s) | Case Number: 9:19-bk-10065-RC |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
15260 Ventura Blvd., Suite 710, Sherman Oaks, CA  91403

A true and correct copy of the foregoing document entitled: **CHAPTER 13 TRUSTEE'S NOTICE AND MOTION FOR ORDER DISMISSING CHAPTER 13 CASE (DELINQUENCY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/1/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

UNITED STATES TRUSTEE (ND):  USTPREGION16.ND.ECF@USDOJ.GOV
MICHAEL B CLAYTON:  NBAUTISTA@WEDEFEND.NET

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **8/1/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

ERIC R. EVANS, ANNABELLE S. EVANS, 3019 LANCASTER DRIVE, SANTA MARIA, CA  93455

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**:
Pursuant to F.R.Civ.P.5 and/or controlling LBR, on **8/1/2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/1/2022 | Marina Ortiz | /s/ Marina Ortiz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**