Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Michael B. Clayton, SBN #182557
MICHAEL B. CLAYTON & ASSOCIATES
400 E. Orange Street
Santa Maria, CA 93454
TEL: (805) 928-5353  FAX: (/05) 928-5221

☐ Debtor appearing without attorney
☒ Attorney for Debtor

**FOR COURT USE ONLY**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION

In re:

Eric R. Evans

Annabelle S. Evans

Debtor(s).

CASE NO.: 9:19-bk-10065-RC

CHAPTER: 13

## DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7 [11 U.S.C. § 1307(a), LBR 1017-1, LBR 3015-1(q)(2)]

[No hearing or order required]

PLEASE TAKE NOTICE THAT DEBTOR CONVERTS THIS CHAPTER 13 CASE TO A CASE UNDER CHAPTER 7 ON THE FOLLOWING GROUNDS:

1. A voluntary petition under chapter 13 was filed on (insert date): 01/16/2019

2. Name of chapter 13 trustee: Elizabeth Rojas

3. The additional filing fee is being paid concurrently with the filing of this notice.

4. This notice of conversion is filed in good faith, and Debtor is eligible for relief under chapter 7.

Date: 08/25/2022

Respectfully submitted,

_____
Signature of Debtor or attorney for Debtor

Michael B. Clayton
Printed name of Debtor or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

400 E. Orange Street
Santa Maria, CA 93454

A true and correct copy of the foregoing document entitled: **DEBTOR'S NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 13 TO CHAPTER 7 [11 U.S.C. § 1307(a), LBR 1017-1, LBR 3015-1(q)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __08/25/2022__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Elizabeth (ND) F Rojas
cacb_ecf_nd@ch13wla.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Michael B. Clayton (Attorney for Debtors)
nbautista@wedefend.net

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __08/25/2022__ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 08/25/2022 | Noemy Bautista | |
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 2                    **F 3015-1.21.NOTICE.CONVERT.CH13**

**Debtors**

Eric R. and Annabelle S. Evans
3019 Lancaster Drive
Santa Maria, CA 93455

**Creditors**

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Navient Solutions, LLC. on behalf of
ECMC
PO BOX 16408
St Paul, MN 55116-0478

Midland Funding LLC
PO Box 2011
Warren MI 48090

Marian Regional Medical Center
3215 Prospect Park Drive
Rancho Cordova, CA 95670

Portfolio Recovery Associates, LLC
c/o Amazon.com
POB 41067
Norfolk VA 23541

IRS
PO BOX 7346
Philadelphia, PA 19101

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

Directv, LLC
by American InfoSource as agent
PO Box 5008
Carol Stream, IL 60197-5008

Portfolio Recovery Associates, LLC
c/o Care Credit
POB 41067
Norfolk VA 23541

CVI SGP-CO Acquisition Trust
c/o Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587

Navient Solutions, LLC on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

SYNCHRONY BANK
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121

PennyMac Loan Services, LLC
PO Box 2410
Moorpark, CA 93020

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

U.S. Department of Housing and Urban
Development
451 7th Street S.W.
Washington, DC 20410

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael B. Clayton, SBN #151678<br>MICHAEL B. CLAYTON & ASSOCIATES<br>400 E. Orange Street<br>Santa Maria, CA 93454<br>TEL: 805-928-5353  FAX:  805-928-5221 | |

☐ Individual appearing without attorney
☒ Attorney for: Debtor's

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>Eric R. Evans<br><br>Annabelle S. Evans<br><br><br><br>Debtor(s). | CASE NO.: 9:19-bk-10065-RC<br>CHAPTER: 13<br><br>**DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** |
|---|---|

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

1. Debtor hereby moves this court for an Order converting the above chapter _13_ case to a case under chapter _7_ on the grounds set forth below:

2. **Filing Information:**

   a. ☒ A Voluntary Petition under chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13   was filed on: _01/16/2019_

   b. ☐ An Involuntary Petition under chapter ☐ 7 ☐ 11  was filed on: _____
      ☐ An Order of Relief under chapter ☐ 7 ☐ 11  was entered on: _____

   c. ☐ An Order of Conversion to chapter ☐ 7 ☐ 11 ☐ 12 ☐ 13  was entered on: _____

   d. ☐ Other (specify): _____
      _____
      _____

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1        F 1017-1.1.MOTION.DEBTOR.CONVERT

3. **Procedural Status**

    a.  Name of trustee appointed *(if any)*: ~~Chapter 13 Trustee, Elizabeth Rojas~~

    b.  Name of attorney of record for trustee *(if any)*: _____

4.  Debtor alleges that this case has not been previously converted.

5.  Debtor alleges that the motion is filed in good faith, and that Debtor is eligible for relief under the chapter for which conversion is requested.

WHEREFORE, Debtor prays that this court issue an Order (the form of which is submitted herewith and has been served) converting this case from one under chapter ~~13~~ to a case under chapter 7 .

Date:  08/25/2022

Respectfully submitted,

MICHAEL B. CLAYTON & ASSOCIATES
Printed name of law firm

Signature

Michael B Clayton
Printed name of Debtor/trustee

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                 Page 2        **F 1017-1.1.MOTION.DEBTOR.CONVERT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

400 E. Orange Street
Santa Maria, CA 93454

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION TO CONVERT CASE UNDER 11 U.S.C. §§ 706(a) OR 1112(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/25/2022 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Elizabeth (ND) F Rojas
cacb_ecf_nd@ch13wla.com

United States Trustee (ND)
ustpregion16.nd.ecf@usdoj.gov

Michael B. Clayton, (Attorney for Debtors)
nbautista@wedefend.net

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 08/25/2022 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

08/25/2022        Noemy Bautista
*Date*                *Printed Name*                              *Signature*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 3        **F 1017-1.1.MOTION.DEBTOR.CONVERT**

**Debtors**

Eric R. and Annabelle S. Evans
3019 Lancaster Drive
Santa Maria, CA 93455

Directv, LLC
by American InfoSource as agent
PO Box 5008
Carol Stream, IL 60197-5008

**Creditors**

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Portfolio Recovery Associates, LLC
c/o Care Credit
POB 41067
Norfolk VA 23541

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

CVI SGP-CO Acquisition Trust
c/o Resurgent Capital Services
PO BOX 10587
Greenville, SC 29603-0587

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Navient Solutions, LLC on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

Navient Solutions, LLC. on behalf of
ECMC
PO BOX 16408
St Paul, MN 55116-0478

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Midland Funding LLC
PO Box 2011
Warren MI 48090

SYNCHRONY BANK
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121

Marian Regional Medical Center
3215 Prospect Park Drive
Rancho Cordova, CA 95670

PennyMac Loan Services, LLC
PO Box 2410
Moorpark, CA 93020

Portfolio Recovery Associates, LLC
c/o Amazon.com
POB 41067
Norfolk VA 23541

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

IRS
PO BOX 7346
Philadelphia, PA 19101

U.S. Department of Housing and Urban
Development
451 7th Street S.W.
Washington, DC 20410

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457